RECEIVED

MAR 2 7 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JACINTA R. WALKER,
Plaintiff

CIVIL ACTION NO. 1:18-CV-00703

VERSUS

JUDGE DRELL

CONCORDIA CAPITAL,
Defendant

MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Concordia's Rule 12(b)(6) Motions to Dismiss (Docs. 20, 33) are GRANTED.

IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 26 day of ~~February~~ MARCH, 2019.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT